# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

December 5, 2003

Hon. Joel M. Flaum, *Chief Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Ann Claire Williams, *Circuit Judge*

No. 03-1822

| | |
|---|---|
| David M. Williams,<br>     *Plaintiff-Appellant*,<br><br>  *v.*<br><br>Aztar Indiana Gaming Corporation f/d/b/a Casino Aztar, and Aztar Indiana Gaming Company, LLC d/b/a Casino Aztar,<br>     *Defendants-Appellees*. | Appeal from the United States District Court for the Southern District of Indiana, Evansville Division<br><br>No. EV 01-75-C-T/H<br><br>John Daniel Tinder,<br>*Judge*. |

## ORDER

The caption of the court's Opinion dated December 5, 2003 is amended to reflect that Defendants are Appellees rather than Appellants.